UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00075-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVID GARCIA,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, April 2, 2007,** and responses to these motions shall be filed by **Friday, April 13, 2007.**  It is

    FURTHER ORDERED that counsel will notify the Court if a hearing on pending motions is necessary.  It is

    FURTHER ORDERED that the Final Trial Preparation Conference is set for **Friday, April 20, 2007, at 10:30 p.m. in courtroom A-1002.**  It is

    FURTHER ORDERED that a 3-day jury trial is set to commence **Monday, April 30, 2007, at 9:00 a.m. in courtroom A-1002.**

Dated: March 2, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge