UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00075-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVID GARCIA,

    Defendant.
_____

**ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant David Garcia's Motion to Continue Sentencing For 30 Days, filed October 30, 2007 (docket #27) is **GRANTED**. the Sentencing Hearing set for Tuesday, October 30, 2007 is **VACATED and  RESET** to **Wednesday, December 12, 2007 at 9:00 a.m.**  Counsel shall file a response to the Presentence Investigation Report on or before November 5, 2007.

    Dated:  October 30, 2007